# UNITED STATES DISTRICT COURT

for the

District of South Carolina

|  |  |  |
|---|---|---|
| Arthur R. Moseley, a/k/a Shahid Majid, | | |
| *Plaintiff* | | |
| v. | Civil Action No. | 0:13-cv-01680-GRA |
| Judge Newman; Assist Solicitor Kimbery Barr; Assist Sol Secretary Linda Woods; Public Defender M. Amanda Shula; Verdell Barr, Former Private Counsel; Sharon Staggers, Town Clerk, | ) ) ) ) ) | |
| *Defendants* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Arthur R. Moseley , shall take nothing of the defendants; Judge Newman, Assist Solicitor Kimbery Barr, Assist Sol Secretary Linda Woods, Public Defender M. Amanda Shula, Verdell Barr, Sharon Staggers, from the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed without prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable G. Ross Anderson, Jr, Senior United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, which dismissed the complaint without prejudice.

Date: October 29, 2013

*ROBIN L. BLUME, CLERK OF COURT*

_____

*Signature of Clerk or Deputy Clerk*